**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 April 25, 2013
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 12-cv-02665-RPM

| | |
|---|---|
| SALLY JAMES, | Jerome M. Reinan |
| SHAWN JAMES and | Jordana G. Gingrass |
| TAYLOR JAMES, | |
|     Plaintiffs, | |
| v. | |
| ALEXANDER PANIO, JR.; | Michael S. Drew |
| MARY PANIO; | |
| ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.; | |
| EDRA WEISS; | Thomas R. Blackburn |
| WHITNEY HARRAH; | |
| CAROL OLSON; | Christopher P. Brown |
| JEFFREY NELSON, | Ronald H. Nemirow |
| SCOTT JUAREZ; and | Barbara H. Glogiewicz |
| JANE JORDAN, | |
|     Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**10:00 a.m.      Court in session.**

Court's preliminary remarks and comments regarding related cases filed in this district and state court.

Mr. Reinan answers questions regarding related cases.
Mr. Drew answers questions asked by the Court and states Adolescent and Family Institute of Colorado, Inc. is still in business but limited in its activity.

Mr. Reinan requests that cases 12-cv-02338-MSK-MEH, 12-cv-02665-RPM and 12-cv-03183-RPM be consolidated.
Mr. Reinan further states he anticipates filing 6 additional cases in federal court.

10:22 a.m.      Argument by Mr. Brown.

April 25, 2013
12-cv-02665-RPM

**ORDERED:** **Defendant Carol Olson's Motion to Dismiss Pursuant to Fed/R.Civ.P. 12(b)(1) and 12(b)(6), [19], is denied.**

      **AND IN RELATED CASE**

**ORDERED:** **Defendant Carol Olson's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), [16] filed in 12-cv-03183-RPM is denied.**

Discussion between Court and Mr. Drew regarding case management with related cases.

Mr. Blackburn answers questions asked by the Court.
Mr. Blackburn states defendant Weiss intends to file an answer.

**Court states it will confer with the Chief judge regarding matters discussed regarding case reassignment with the consent of counsel as stated on record.**

Mr. Reinan states he anticipates filing the remaining 6 cases in 21 days with a Notice of Related cases.

**10:40 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 40 min.