**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02665-RPM

SALLY JAMES, SHAWN JAMES and TAYLOR JAMES

Plaintiffs

v.

ALEXANDER PANIO, JR.; MARY PANIO; ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., A Colorado Corporation; EDRA WEISS; WHITNEY HARRAH; CAROL OLSON; JEFFREY NELSON; SCOTT JUAREZ; and JANE JORDAN

   Defendants.

___

**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(2)**
**(CAROL OLSON)**

___

THIS MATTER COMES before the Court on the joint motion to dismiss Carol Olson from the case with prejudice. The Court, having reviewed the joint motion and being fully apprised in its premises hereby GRANTS the motion.

IT IS SO ORDERED that Defendant Carol Olson is dismissed with prejudice from the above captioned case, with each party to pay their own attorney fees and costs.

DATED this 19th Day of August, 2013.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge