IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-02665-RPM

SALLY JAMES,
SHAWN JAMES and
TAYLOR JAMES,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.;
EDRA WEISS;
WHITNEY HARRAH;
SCOTT JUAREZ; and
JANE JORDAN,

    Defendants.

_____

STAY ORDER
_____

Pursuant to the scheduling conference held today, it is

ORDERED that all proceedings in this matter are stayed until further order of the Court.

DATED:  November 22, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge