IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-02665-RPM

SALLY JAMES,
SHAWN JAMES and
TAYLOR JAMES,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.;
EDRA WEISS;
WHITNEY HARRAH;
SCOTT JUAREZ; and
JANE JORDAN,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2), filed July 1, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    DATED:   July 2, 2014

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge